No. 68. HELIS *v.* WARD, EXECUTRIX, ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted, limited to the question whether a new trial should not have been granted. *Mr. Eugene D. Saunders* for petitioner. *Messrs. Wm. N. Bonner* and *Wm. D. Gordon* for respondents.

No. 56. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* F. & R. LAZARUS & Co. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioner. *Messrs. Murray Seasongood* and *Robert P. Goldman* for respondent.

No. 253. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Assistant Solicitor General Bell* and *Mr. Charles Fahy* for petitioner. *Messrs. John B. Hollister, Isaac Lobe Straus,* and *Sigmund Levin* for respondents.

No. 80. FUR WORKERS UNION No. 21238 *v.* FUR WORKERS UNION, LOCAL No. 72, ET AL. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Irvin Goldstein* for petitioner. *Mr. Louis B. Boudin* for respondents.